**UNITED STATES DISTRICT COURT W. D. OF WASHINGTON AT TACOMA**

**UNITED STATES OF AMERICA,**
                          **Plaintiff,**

    v.

**MARIA OSEGUERA LOPEZ,**
                          **Defendant.**

Case No. MJ09-5178

**DETENTION ORDER**

      THE COURT, having conducted a detention hearing pursuant to 18 U.S.C. §3142, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of the defendant as required and/or the safety of any other person and the community.

      This finding is based on 1) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence or involves a narcotic drug; 2) the weight of the evidence against the person; 3) the history and characteristics of the person including those set forth in 18 U.S.C. § 3142(g)(3)(A)(B); and 4) the nature and seriousness of the danger release would impose to any person or the community.

*Findings of Fact/ Statement of Reasons for Detention*

**Presumptive Reasons/Unrebutted:**
  ( )   **Conviction of a Federal offense involving a crime of violence. 18 U.S.C.§3142(f)(A)**
  ( )   **Potential maximum sentence of life imprisonment or death. 18 U.S.C.§3142(f)(B)**

**Safety Reasons:**
  ( )   **Defendant is currently on probation/supervision resulting from a prior offense.**
  ( )   **Defendant was on bond on other charges at time of alleged occurrences herein.**
  ( )   **Defendant's prior criminal history.**

**Flight Risk/Appearance Reasons:**
  ( )   **Defendant's lack of sufficient ties to the community.**
  ( )   **Bureau of Immigration and Customs Enforcement detainer.**
  ( )   **Detainer(s)/Warrant(s) from other jurisdictions.**
  ( )   **Failures to appear for past court proceedings.**
  ( )   **Past conviction for escape.**

**Other:**
  (√)   **Defendant stipulated to detention without prejudice and for reasons contained in the Government's Motion for Detention.**

*Order of Detention*

▸   **The defendant shall be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.**
▸   **The defendant shall be afforded reasonable opportunity for private consultation with counsel.**
▸   **The defendant shall on order of a court of the United States or on request of an attorney for the Government, be delivered to a United States marshal for the purpose of an appearance in connection with a court proceeding.**

                                       **July 1, 2009.**

                                       _____
                                       J. Richard Creatura
                                       United States Magistrate Judge