The Honorable Judge Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR09-5452 RJB |
|---|---|
| Plaintiff, | |
| v. | ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| MARIA OSEGUERA-LOPEZ, | |
| Defendant. | |

THIS MATTER having come on regularly before the above-entitled Court upon the Motion for Withdrawal and Substitution of Counsel for Maria Oseguera-Lopez, the Court having considered the Motion and the Declaration of Michele Shaw in support of the Motion for Withdrawal and Substitution of Counsel, the Court having reviewed the files and records of this proceeding and in all respects being fully advised, now, therefore, it is hereby

ORDER ALLOWING WITHDRAWAL AND
SUBSTITUTION OF COUNSEL- 1

MICHELE SHAW, P.S.
Attorney at Law
2003 Western Avenue, #330
Seattle, WA 98121
(206) 448-9612 (phone)
(206) 448-2252 (fax)
michele@micheleshawlaw.com

1    ORDERED that Charles A. Johnston, current Attorney of record for Maria Oseguera-
2    Lopez, is withdrawn as counsel of record effective immediately and that Michele Shaw shall be
3    allowed to substitute in as Attorney of record for Maria Oseguera-Lopez.
4
5    IT IS SO ORDERED this 22nd day of February, 2010.
6
7
8
9    _____
10   ROBERT J. BRYAN
     United States District Judge
11
12
13
14   Presented by:
15     s/ Michele Shaw
     MICHELE SHAW, WSBA #19561
16   Law Office of Michele Shaw
     2003 Western Ave., #330
17   Seattle, WA 98121
     Telephone: (206) 448-9612
18   Fax: (206) 448-2252
     Email: michele@micheleshawlaw.com
19
20
21
22
23
24
25
**ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION OF COUNSEL- 2**

MICHELE SHAW, P.S.
Attorney at Law
2003 Western Avenue, #330
Seattle, WA 98121
(206) 448-9612 (phone)
(206) 448-2252 (fax)
michele@micheleshawlaw.com